272

Friday, February 27, 2015

No. 15–0284/AF. U.S. v. James E. Burke III. CCA S32137. On consideration of Appellee's motion to dismiss the petition for grant of review for lack of jurisdiction, it is ordered that the petition for grant of review is hereby dismissed without prejudice to Appellant's right to file a petition for grant of review on a subsequent date.

No. 15–0288/AF. U.S. v. Brandon C. Thomas, Jr. CCA S32163. On consideration of Appellant's motion for leave to file a petition out of time, Appellee's motion to dismiss Appellant's petition for lack of jurisdiction, and Appellee's motion to attach, and in light of *United States v. Rodriguez*, 67 M.J. 110 (C.A.A.F. 2009), cert. denied, 558 U.S. 969 (2009), it is ordered that Appellant's motion for leave to file a petition out of time is hereby denied without prejudice to filing a writ of error coram nobis at the United States Air Force Court of Criminal Appeals (*see Denedo v. United States*, 66 M.J. 114 (C.A.A.F. 2008), aff'd, 556 U.S. 904 (2009)); Appellee's motion to dismiss the petition for grant of review for lack of jurisdiction and motion to attach are hereby denied as moot.

BAKER, Chief Judge (dissenting):

I dissent to the denial of Appellant's motion for leave to file his petition for grant of review out of time based on my dissenting opinion in *United States v. Rodriguez*, 67 M.J. 110, 120–26 (C.A.A.F. 2009) (Baker, J., dissenting).

No. 15–0395/AR. U.S. v. Jefferey M. Fiorito. CCA 20080535. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 18, 2015.